NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMA MARIA BAKER,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2023-1585

---

Petition for review of the Merit Systems Protection Board in No. NY-3443-22-0050-I-1.

---

Before LOURIE, HUGHES, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

### O R D E R

On January 18, 2023, this court received a submission from Norma Maria Baker that was docketed as a petition to review the Merit Systems Protection Board's March 15, 2022, final decision in Board No. NY-3443-22-0050-I-1 (the only matter identified in the petition). Responding to this court's show cause order, the Board urges the court to dismiss as untimely. Ms. Baker has not responded.

"[A] petition to review a final order or final decision of the Board shall be filed in the United States Court of Appeals for the Federal Circuit . . . within 60 days after the Board issues notice of the final order or decision." 5 U.S.C. § 7703(b)(1)(A). This requirement is "mandatory and jurisdictional," and thus cannot be waived or equitably tolled. *Fedora v. Merit Sys. Prot. Bd.*, 848 F.3d 1013, 1016 (Fed. Cir. 2017) (citation omitted). Because Ms. Baker's petition was not received within that time, we dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for review is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

July 6, 2023                          /s/ Jarrett B. Perlow
    Date                                 Jarrett B. Perlow
                                         Clerk of Court